EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br><br>Jorge W. Pordomo Camacho | 2017 TSPR 112<br><br>198 DPR \_\_\_\_ |

Número del Caso: TS-17,364

Fecha:   15 de junio de 2017

Abogado del peticionario:

　　　Por derecho propio

Materia:   Reactivación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte

Jorge W. Perdomo Camacho            TS-17,364

RESOLUCIÓN

En San Juan, Puerto Rico, a 15 de junio de 2017.

Examinada la *Moción Solicitando Cambio a Estatus de Abogado Activo en el Registro Único de Abogados y Abogadas* presentada por el peticionario, se declara con lugar.

Se ordena a la Secretaría a efectuar el cambio de estatus a abogado activo en el Registro Único de Abogados y Abogadas.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Juan Ernesto Dávila Rivera
Secretario del Tribunal Supremo